UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The CIT Group/Equipment Financing, Inc. and CIT Group Inc., | Civil Action No. 0:14-cv-03018 (JRT/SER) |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Western Petroleum Company, | |
| Defendant. | |

WHEREAS, Plaintiffs The CIT Group/Equipment Financing, Inc. and CIT Group Inc. (collectively "CIT") filed the above captioned action (the "Action") against defendant Western Petroleum Company ("WPC," and collectively with CIT, the "Parties"); and

WHEREAS, the Parties desire to dismiss the Action at this time;

The Parties, therefore, agree to the following pursuant to Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure:

1. The Action is dismissed without prejudice.

2. All parties will bear their own costs.

                                                          WEIL, GOTSHAL & MANGES LLP

Dated:  July 20, 2015                      By <u>s/David L. Yohai</u>
                                                         David L. Yohai (*pro hac vice*)
                                                         767 Fifth Avenue
                                                         New York, New York  10153
                                                         Telephone:  (212) 310-8000
                                                         Facsimile:  (212) 310-8007
                                                         Email:  david.yohai@weil.com

                                                         *Attorneys for Plaintiffs*
                                                         *The CIT Group/Equipment Financing, Inc.*
                                                         *and CIT Group Inc.*

                                                         KIRKLAND & ELLIS LLP

Dated:  July 20, 2015                      By <u>s/Leslie M. Smith</u>
                                                         Leslie M. Smith
                                                         300 North LaSalle
                                                         Chicago, IL 60654
                                                         Telephone:  312- 862-2000
                                                         Facsimile:  312-862-2200
                                                         Email:  leslie.smith@kirkland.com

                                                         *Attorneys for Defendant*