## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC. and CIT GROUP INC., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN PETROLEUM COMPANY, <br><br> Defendant. | Civil No. 14-3018 (JRT/SER) <br><br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

Cheryl A. James, David Yohai, Diane Sullivan, John Gerba, **WEIL GOTSHAL & MANGES LLP**, 767 Fifth Avenue, New York, NY 10153, David M. Dahlmeier, Jeffrey Mulder, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402-3707, for plaintiffs.

Anne M. Lockner, **ROBINS KAPLAN LLP**, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015, Katherine Wheaton, Leslie Smith, **KIRKLAND & ELLIS LLP**, 300 North LaSalle Street, Chicago, IL 60654, for defendant.

Pursuant to the Parties' Stipulation of Dismissal Without Prejudice [Docket No. 47], filed on July 21, 2015,

**IT IS HEREBY ORDERED** that the above entitled matter is hereby dismissed in its entirety, without prejudice and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 4, 2015                          ___s/John R. Tunheim___
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM
                                                              Chief Judge
                                           United States District Court